PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MELIA ROTH, *et al.*, | CASE NO. 4:25-CV-00745 |
| Plaintiffs, | JUDGE BENITA Y. PEARSON |
| v. | |
| QUICK MED URGENT CARE, LLC | **ORDER OF DISMISSAL** |
| Defendant. | |

On October 21, 2025, the Parties jointly filed a Stipulation of Dismissal Without Prejudice ([ECF No. 18](#)) under [Fed. R. Civ. P. 41(a)(1)(A)(ii)](#). Consequently, the docket shall be marked "settled and dismissed without prejudice."

IT IS SO ORDERED.

| | |
|---|---|
| October 27, 2025 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson<br>United States District Judge |